UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE CHRISTOPHER SMITH,

Plaintiff,

v.

RALPH DIAZ, et al.,

Defendants.

Case No. 20-cv-01557-HSG

**ORDER OF TRANSFER**

Plaintiff, an inmate at Corcoran State Prison, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 regarding events that have occurred while incarcerated at Corcoran State Prison. *See generally* Dkt. No. 1. Corcoran State Prison is located in Kings County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b). Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: 3/4/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge