UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH, | Case No.  1:20-cv-00349-NONE-HBK |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW MOTION FOR INJUNCTIVE RELIEF |
| v. | |
| RAPLH DIAZ, et al., | Doc. No. 31 |
| Defendants. | ORDER RESCINDING FINDINGS and RECOMMENDATIONS |
| | Doc. No. 30 |

Before the Court is Plaintiff Lawrence Christopher Smith's ("Plaintiff") motion for preliminary injunction or temporary restraining order.  (Doc. No. 3).  On November 12, 2021, the undersigned issued Findings and Recommendations to deny Plaintiff's motion.  (Doc. No. 30, "F&R").  The undersigned provided Plaintiff with an opportunity to file objections to the F&R.  (*Id*. at 6).  On December 3, 2021, Plaintiff filed a "Request to Withdraw From Consideration Motion for Injunctive Relief."  (Doc. No. 31).  Plaintiff requests to "withdraw from consideration" his previous motion seeking injunctive relief "based on cause (futility)."  Doc. No. 31 at 1.

Accordingly, it is **ORDERED:**

1. Plaintiff's "Request to Withdraw From Consideration Motion for Injunctive Relief"

(Doc. No. 31) is GRANTED and Plaintiff's motion seeking injunctive relief is deemed withdrawn.  (Doc. No. 3).

2. The Court rescinds its Findings and Recommendations issued on November 12, 2021. (Doc. No. 30)

Dated:     December 27, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE